

**FILED**

12:03 pm, 8/16/10
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| GERALD D. SHUPE-RODERICK )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DAVID FREUDENTHAL, et al. )<br>)<br>Defendant(s). ) | Case No. 10-CV-166-J |

### ORDER OF REASSIGNMENT

IT IS THEREFORE ORDERED that the above case is hereby reassigned from the Honorable Nancy D. Freudenthal, United States District Judge, to the Honorable Alan B. Johnson, United States District Judge, United States District Court for the District of Wyoming. **Please use case number 10-CV-166--J for all future pleadings.**

Dated this ___16th___ day of August, 2010

*William F. Downes*

William F. Downes, Chief United States District Judge